**In re William Fred McDONALD,
Petitioner.**

No. 00–7009.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2001.

Decided March 6, 2001.

216

William Fred McDonald, Petitioner pro se.

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

William Fred McDonald petitions this court for a writ of mandamus directing the district court to act upon his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp.2000). The district court entered a final order on January 29, 2001, denying relief on McDonald's § 2255 motion. Accordingly, although we grant McDonald leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*